District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MEAZA TEKALEGU LIDETU,<br><br>                Plaintiff,<br><br>    v.<br><br>UR M. JADDOU, *et al.,*<br><br>                Defendants. | Case No. 3:24-cv-05241-MJP<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>May 31, 2024 |

Plaintiff and Defendant, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until November 7, 2024. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. Defendant's response to the Complaint is currently due on June 10, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until November 7, 2024.

//

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05241-MJP] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he powers to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for July 10, 2024. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. If USCIS needs to reschedule Plaintiff's interview, USCIS will make its best efforts to do so within four weeks of the initial appointment and as interview appointment availability allows. After the interview, USCIS will need time to adjudicate Plaintiff's asylum application. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process his asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until November 7, 2024. The parties will submit a joint status report on or

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05241-MJP] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

before November 7, 2024. The parties further request that the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 8) be vacated.

DATED this 31st day of May, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICE OF JESSICA T. ARENA |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Jessica T. Arena*<br>JESSICA T. ARENA*, CA #301807<br>2443 Fillmore Street, #380-1614<br>San Francisco, California 94115<br>Phone: (541) 525-3341<br>Email:  jessica@jtarenalaw.com<br>*PHV |
| *Attorneys for Defendants* | GIBBS HOUSTON PAUW |
| **I certify that this memorandum contains 462 words, in compliance with the Local Civil Rules.** | *s/ Adam Boyd*<br>ADAM BOYD, WSBA# 49849<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: (206) 682-1080<br>Email:  adam.boyd@ghp-law.net |
| | *Attorneys for Plaintiff* |

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05241-MJP] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is held in abeyance until November 7, 2024.  The parties shall submit a joint status report on or before November 7, 2024.  The Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 8) is vacated.  It is so **ORDERED**.

DATED this 3rd day of June, 2024.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05241-MJP] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800